IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LEVOY WATERS,
    Petitioner,

vs.                                    Case No.:  3:13cv358/LAC/EMT

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 2, 2015 (doc. 43).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (doc. 34) is **GRANTED**.

3.    The Amended Petition (doc. 8) is **DISMISSED** with prejudice as untimely.

4.    A certificate of appealability is **DENIED**.

**ORDERED** on this 31st day of March, 2015.

                                                s/ *L.A. Collier*
                                                Lacey A. Collier
                                      Senior United States District Judge